Eddie Cordona, 20502-424
Metropolitan Correctional Center
71 West Van Buren
Chicago, Illinois 60605-1103

Monday, June 2, 2008

**FILED**
JUN - 4 2008
6-4-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

District Judge Coar                                          Re: 01-CR-649-1
219 South Dearborn Street, Suite 1419
Chicago, Illinois 60604

Dear Judge COAR,
I have been placed at MCC (by way of Writ) for +3 months. However, as I sit here today, writing to you, I do NOT know WHY I am here. I would not take up this court's valuable time with what I am sure must seem to you to be a basic request, but I have exhausted ALL other means available to me to ascertain my status. (Furthering my anxiety level is my fast deteriorating medical condition - being caused by my juvenile diabetic condtion - recently experiencing temporary total vision loss in my ONE none blind eye!)
    While I (and my family) have had several discussions with my former attorney, Andrea Gambino, the result of all communications has been that nothing further happens. I and my family have been forced to talk with the Federal Defenders Office and they indicate a willingness to represent me, but cannot until Ms. Gambino is removed as my counsel. Therefore, I am respectfully requesting that Ms. Gambino (who has NOT been paid anything beyond her initial representation) be immediately replaced by the Chicago Federal Defender.
    Further, could you have your office provide with any and all dockets indicating what proceedings I am subjected. While I think I am eligible for a reduction provided for under the "New Crack Laws", I also had filed (over one year ago) a §2255. But, I have been provided with no paperwork, whatsoever, and the staff here at MCC do not seem to have anything regarding my status.
    Thank you, Judge Coar for all of your help.

Sicnerely,

*Eddie Cardona*
Eddie Cordona, 20502-424

cc: District Court Clerk
Attorney Andrea Gambino