October 1, 2008

**FILED**

OCT 0 6 2008
OCT 06 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Honorable David H. Coar
Judge United States District Court
219 South Dearborn Street
Chicago, Illinois 60604

<u>United States v. Eddie Cardona, Case No. 01 CR 649-1</u>

Dear Judge Coar:

On July 3, 2008, Defendant filed a motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c), and this Court granted the defense motion and issued an order reducing Defendant's sentence on the grounds that the retroactive amendment to the crack cocaine guideline reduces the base offense level in this case.

Since Defendant's return to Greenville Correctional Institution Defendant's has been informed that his reduction in sentence qualify him to participate in the Residential Drug Abuse Program which will impact his potential incentive early release under 18 U.S.C. § 3621 (e), but because his institutional record does not reflect the Court resentencing decision Defendant Cardona can not begin the application process including the Eligibility interview, evaluation and a comprehensive review of the entire record to determine his eligibility.

In addition, the Second Chance Act has provided a number of reentry programs for which defendant is eligible and can benefit from, specifically the community based program that will effectively aide his transition back to the community at large.

Mr. Cardona's family his suffer unordinary hardship during to many years of his incarceration and anxiously anticipate the long awaited reunion with the family. Mr. Cardona is a Diabetic and have lost the sight in one eye but has adjected to his disability but will still require additional medical attention once release.

Mr. Cardona beseechingly request this Honorable Court forward a copy of the judgment in the case reflecting the Court's resentencing determination in order that the defendant may update his institutional record in order to qualify for the incentive programs available to him.

The Defendant respectfully request the Court grant this request and order a copy of the judgment be issued to defendant. The Court's consideration of this request is deeply appreciated and greatly received.

Respectfully submitted,

*Eddie Cardona*
Eddie Cardona, 20502-424
Greenville Correctional Institution
100 Route 40 & 4th Street
P. O. Box 5000
Greenville, Illinois 62246