Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 CR 649 - 1 | **DATE** | 11/9/2009 |
| **CASE TITLE** | U.S.A. vs. EDDIE CARDONA | | |

**DOCKET ENTRY TEXT**

Eddie Cardona's Sentence is reduced from 135 Months to 115 Months of Imprisonment pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. Defendant Eddie Cardona shall be released immediately from the custody of the Bureau of Prisons. The Clerk's Office shall send a certified copy of this order to the U.S. Marshal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

2009 NOV -9 PM 5:01